No. 67906.—Schick X-Ray Co., Inc. *v.* United States, protest 59/14512–10799 (Chicago).

Opinion by Lawrence, J.  In accordance with stipulation of counsel that the merchandise consists of injectors and parts, in chief value of metal, similar in all material respects to those the subject of *Schick X-Ray Co., Inc.* v. *United States* (49 Cust. Ct. 38, C.D. 2358), the claim of the plaintiff was sustained.

No. 67907.—Joseph W. Davis, Jr. *v.* United States, protest 61/11522 (Port Everglades).

Opinion by Rao, J.  In accordance with stipulation of counsel that the issues are similar in all material respects to those involved in *United States* v. *Robert K. Herbst* (48 CCPA 145, C.A.D. 781), the claim of the plaintiff was sustained, and it was held that the personal exemptions should be applied against the value of said automobile to the extent that said exemptions were otherwise uncharged.